```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

     #  06006169  -  ET    ET
     September 20, 2006


     Code   Case #   Qty   Amount

     1ST CIVI 00-1412          73.40 CH
     2ND CIVI 00-1412           0.00 CH

                     00-1412
     TOTAL →               133.40
```

*Paid in Full*

```
     FROM: TYRONE GOODWIN
           1200 BENTLEY DR
           APT 101
           PITTSBURGH, PA 15219
```